IN THE UNITED STATES DISTRICT COURT FOR THE NORTHER DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| PETER NICOLETTI, | ) |
| Plaintiff, | ) Case No. 1:21-cv-01454 |
| vs. | ) |
| JONES LANG LASALLE AMERICAS, INC., | ) Judge John Z. Lee |
| Defendant. | ) |

**JOINT INITIAL STATUS REPORT**

Plaintiff, Peter Nicoletti and Defendant, Jones Lang Lasalle Americas, Inc., respectfully submit the following joint status report in accordance with the Court's December 27, 2021 minute order [Dkt 31].

**I. The current deadlines imposed by the Court and whether the matter has been referred to the Magistrate Judge in any fashion.**

The only remaining court deadline is the fact discovery cutoff set for April 1, 2022. [Dkt. 29]. No other deadlines are currently set, and the case has not been referred to the Magistrate Judge.

**II. The progress of discovery.**

The parties have exchanged written discovery and anticipate completing production of relevant documents by March 14, 2022. Plaintiff has requested six depositions and Defendant has requested one deposition. The parties are currently meeting and conferring on possible deposition dates.

**III.     The status of briefing on unresolved motions.**

There are currently no unresolved motions.

**IV.     Whether the parties have engaged or are engaging in settlement discussions.**

There have been no settlement discussions at this time.

**V.     For cases without any future court dates, an agreed proposed schedule.**

**Fact Discovery**

Currently, the only future court deadline is the completion of fact discovery on April 1, 2022.

The parties propose a short, 30-day extension of the fact discovery deadline to May 1, 2022. Unfortunately, Defendant encountered unforeseen difficulties in the electronic discovery process and is preparing to produce documents responsive to Plaintiff's extensive document requests. Plaintiff is also in the process of finalizing its document production.

**Expert Discovery**

In the event the parties engage in expert discovery, they propose an expert discovery completion date of July 1, 2022.

**Dispositive Motions**

The parties propose that dispositive motions be filed within sixty days from the close of expert discovery (if the parties engage in expert discovery). If the parties do not engage in expert discovery, the parties propose that dispositive motions be filed within sixty days of the close of fact discovery.

**VI.** **For cases that have future court dates and if the parties believe there is good cause to extend the current deadlines, a proposed amended schedule and the basis for the request.**

As outlined above, the parties request a short, 30-day extension of the fact discovery deadline.

**VII.** **A request for any agreed action that the Court can take without a hearing.**

The parties intend to submit an agreed confidentiality order shortly. The parties do not expect that they would need a hearing for entry of the agreed confidentiality order.

**VIII.** **Whether the parties believe a telephonic hearing or in-person hearing is necessary within the next 60 days.**

The parties do not believe such a hearing is required.

Dated: February 28, 2022           Respectfully submitted,

s/ *Gregory P. Brown* (with permission)
Amir R. Tahmassebi, #6287787
Konicek & Dillon, P.C.
21 W. State Street
Geneva, Illinois 60134
Tel: (630) 262 – 9655
Fax: (630) 262 - 9659
amir@konicekdillonlaw.com

Gregory P. Brown
Florida Bar No. 98760
Ryan J. Leuthauser
Florida Bar No. 99517
Kevin C. Paul
Florida Bar No. 1011326
HILL WARD HENDERSON, P.A.
101 East Kennedy Boulevard
Suite 3700
Tampa, Florida 33602
Tel: (813) 221-3900; Fax: (813) 221-2900
gregory.brown@hwhlaw.com
ann-marie.hallett@hwhlaw.com
kevin.paule@hwhlaw.com
debra.whitworth@hwhlaw.com

3

        ryan.guerin@hwhlaw.com
        erika.vap@hwhlaw.com

      **ATTORNEYS FOR PLAINTIFF**

/s/    *Lindsey M. Hogan*
    Lindsey M. Hogan
    Taylor L. Haran
    Faegre Drinker Biddle & Reath LLP
    320 S. Canal St. Suite 3300
    Chicago, Illinois 60606
    (312) 569-1000
    Lindsey.hogan@faegredrinker.com
    Taylor.haran@faegredrinker.com

    **ATTORNEYS FOR DEFENDANT**

4

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 28th day of February 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.


            /s/  *Lindsey M. Hogan*