# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Peter Nicoletti v. Jones Lang LaSalle Americas, Inc.

Case Number: 1:21-cv-01454

An appearance is hereby filed by the undersigned as attorney for:

Peter Nicoletti

Attorney name (type or print): Sean P. Mullen

Firm: Hill Ward Henderson, P.A.

Street address: 101 E. Kennedy Blvd., Suite 3700

City/State/Zip: Tampa, FL 33602

Bar ID Number: 1024814
(See item 3 in instructions)

Telephone Number: 813.222.3183

Email Address: sean.mullen@hwhlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/11/22

Attorney signature: S/ Sean P. Mullen/Co-Counsel for Plaintiff

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015