# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PETER NICOLETTI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-01454 |
| ) | Hon. John Z. Lee |
| JONES LANG LASALLE AMERICAS, ) | Hon. Magistrate Jeffrey Cole |
| INC., ) | |
| ) | |
| Defendant. ) | |

## PETER NICOLETTI'S
## AGREED MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER

Plaintiff, Peter Nicoletti, by and through his attorneys, and pursuant to Federal Rule of Civil Procedure 26 and Local Rule 26.2, hereby moves this Court for entry of an Agreed Confidentiality Order, and in support thereof, respectfully states as follows:

1. In order to protect the confidentiality of sensitive or proprietary information, including information that is commercial, personal, and/or private in nature, that is anticipated to be produced in the course of discovery, the Parties respectfully request that the Court enter the Agreed Confidentiality Order.

2. The Agreed Confidentiality Order is the Model Confidentiality Order of the United States District Court for the Northern District of Illinois, with any proposed modifications having been submitted with redline along with the Agreed Confidentiality Order to the Court-mandated e-mail address (Proposed_Order_Lee@ilnd.uscourts.gov). Copies of the proposed Agreed Confidentiality Order (clean and redlined) are attached hereto as **Group Exhibit A**.

3. Pursuant to Federal Rule of Civil Procedure 26(c)(1), the undersigned certify that counsel for the Parties have conferred and agree to entry of the Agreed Confidentiality Order.

WHEREFORE, Plaintiff, Peter Nicoletti, and Defendant, Jones Lang LaSalle Americas, Inc., respectfully request that the Court grant this Motion, enter the Agreed Confidentiality Order, and grant any other and further relief that the Court deems just and proper.

Dated: March 14, 2021

Respectfully submitted,

/s/ Amir R. Tahmassebi
Amir R. Tahmassebi
Konicek & Dillon, P.C.
21 W. State Street
Geneva, Illinois 60134
Tel: (630) 262 - 9655
Fax: (630) 262 - 9659
amir@konicekdillonlaw.com

Gregory P. Brown
Florida Bar No. 98760
Ryan J. Leuthauser
Florida Bar No. 99517
Kevin Paule
Florida Bar No. 125276
Sean Mullen
Florida Bar No. 1024814
HILL WARD HENDERSON, P.A.
101 East Kennedy Boulevard
Suite 3700
Tampa, Florida 33602
Tel: (813) 221-3900; Fax: (813) 221-2900
gregory.brown@hwhlaw.com
ann-marie.hallett@hwhlaw.com
ryan.leuthauser@hwhlaw.com
chelsea.bonetti@hwhlaw.com
kevin.paule@hwhlaw.com
sean.mullen@hwhlaw.com

*Attorneys for Mr. Nicoletti*