UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PETER NICOLETTI,

    Plaintiff,

v.

JONES LANG LASALLE
AMERICAS, INC.,

    Defendant.

    _____/

Case No.: 1:21-cv-01454

Honorable John Z. Lee
Honorable Magistrate Jeffrey Cole

## NOTICE OF FILING

TO:    Lindsey M. Hogan, lindsey.hogan@faegredrinker.com
        Taylor Lee Haran, taylor.haran@faegredrinker.com
        Faegre Drinker Biddle & Reath LLP
        311 South Wacker Drive, Suite 4300
        Chicago, IL 60606

    ***PLEASE TAKE NOTICE*** that on the **14th** day of **March, 2022**, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, **PETER NICOLETTI'S AGREED MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER;** a copy of which was electronically served upon the attorneys set forth above.

| | |
|---|---|
| Gregory P. Brown, Fla Bar No. 98760 | /s/Amir R. Tahmassebi |
| Ryan J. Leuthauser, Fla Bar No. 99517 | Attorneys for Plaintiff |
| Kevin C. Paule, Fla Bar No. 125276 | Amir R. Tahmassebi, #6287787 |
| HILL WARD HENDERSON, P.A. | KONICEK & DILLON, P.C. |
| 101 E. Kennedy Blvd., Ste. 3700 | 21 West State Street |
| Tampa, FL 33602 | Geneva, IL 60134 |
| (813) 221-2900 | (630) 262-9655 |
| gregory.brown@hwhlaw.com | amir@konicekdillonlaw.com |
| ryan.leuthauser@hwhlaw.com | |
| kevin.paule@hwhlaw.com | |

## CERTIFICATE OF SERVICE

    The undersigned states that the foregoing **NOTICE and MOTION** were served upon all attorneys of record as addressed above electronically via CM/ECF, on **March 14, 2022**.

                                                      /s/Amir R. Tahmassebi